AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Retha Peirce | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.      4:14-cv-2927-BHH |
| Donnell Thompson, Earline Evans Woods and | ) | |
| Tracy Edge | ) | |
| _Defendant_ | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: This case is dismissed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   May 26, 2016                                   *CLERK OF COURT*

                                                       s/Debbie Stokes
                                                       _____
                                                       *Signature of Clerk or Deputy Clerk*